IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN - 3 2020

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 1:20cr53   BY |
| | § | Judge: Crone - Hawthorn   DEPUTY |
| GABRIEL RUFF | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about September 12, 2019, in the Eastern District of Texas, **Gabriel Ruff**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: an a Beretta Model PX4 Storm 9mm bearing serial number PX271905, while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, to wit: Possession of Marijuana, in the Criminal District Court, in Jefferson County Texas, in cause number 12-15095, on June 10, 2013.

All in violation of 18 U.S.C. Section 922(g)(1).

### Count Two

Violation: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2  (Possession with intent to Distribute a Schedule II Controlled Substance (cocaine))

On or about November 16, 2019, in the Eastern District of Texas, the defendant, **Gabriel Ruff**, did unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of a Schedule II controlled substance, namely cocaine.

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18 U.S.C. Section 922(g) set forth in Count One of this Indictment, the defendant, **Gabriel Ruff** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including:

a. a Beretta Model PX4 Storm 9mm SN: PX271905

b. a Mossberg, Model 500 12 gauge shotgun SN: R628193

If any of the property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____   _____6/3/2020_____
RACHEL GROVE                     Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. |
| GABRIEL RUFF | § § § | |

## NOTICE OF PENALTY

### Count One

Violation:     18 U.S.C. § 922(g)(1).

Penalty:     Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00